NO. 07-03-0190-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



MAY 14, 2003



______________________________




SANDRA ANN BRAND, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE WHEELER COUNTY COURT OF WHEELER COUNTY;



NO. 7447; HONORABLE JERRY DAN HEFLEY, JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Appellant Sandra Ann Brand filed a Motion to Dismiss Appeal on May 8, 2003,
averring that she no longer wishes to prosecute her appeal. The Motion to Dismiss is
signed by both appellant and her attorney. 

 Without passing on the merits of the case, appellant's motion for voluntary dismissal
is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. 



 Phil Johnson

 Chief Justice

Do not publish. 



BR1">

 Phil Johnson

 Chief Justice





Do not publish.